IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 124-047 |
| | ) | |
| DAVID THOMAS | ) | |

**O R D E R**

On October 16, 2024, the Court placed Defendant on probation for a term of twelve months after he pled guilty to the offenses of reckless driving on a military installation. In addition, the Court ordered Defendant to not commit another federal, state, or local crime, serve forty hours of community service, and complete a DUI alcohol risk reduction program.

On September 22, 2025, the probation officer filed a petition to show cause why Defendant's probation should be revoked. The petition alleged Defendant: committed the offense of driving under the influence (less safe) and endangering a child under 14 years of age by driving under the influence; failed to submit proof of completing any community service; and failed to submit proof of completing a DUI Alcohol Use Risk Reduction Program.

On November 6, 2025, the Court held a final revocation hearing. Defendant, with the assistance of counsel, stipulated to the alleged violations. The Court thus found Defendant had violated the terms and conditions of probation as alleged in the petition.

After hearing from the Government, defense counsel, and Defendant, the Court extends Defendant's term of probation for an additional twelve months. Further, Defendant

shall complete an additional forty hours of community service.

SO ORDERED this 7th day of November, 2025, at Augusta, Georgia.

*[Signature]*
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA